AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CRISTAL L. FOX, et al.,**

       **Plaintiffs,**

**vs.**

      **JUDGMENT IN A CIVIL CASE**

      **CASE NO.  C2-09-915**

**THE BROWN MEMORIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**HOME, INC., et al.,**     **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Opinion and Order filed January 7, 2011, JUDGMENT is hereby entered dismissing Plaintiff's federal age discrimination claim.  This case is REMANDED to the Court of Common Pleas for Pickaway County, Ohio for further proceedings on the remaining state-law claims.

Date: January 7, 2011         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk